PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2113 DEL PERO STREET, MARYSVILLE, CALIFORNIA<br><br>THE PERSON OF BRENT HOOTON | CASE NO.:<br><br><br>2:21-SW-0435 CKD<br><br>2:21-SW-0436 CKD<br><br>ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 05/08/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANTS